# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MALIBU MEDIA, LCC**   **Plaintiff**<br>v.<br>**JOHN DOE**   **Defendant** | Case No.<br>8:13-cv-03014-JFM |

## ORDER

The Court, upon consideration of the motion by defendant John Doe and Doe's spouse for protective order and to quash subpoena, and plaintiff's ~~opposition to the~~ motion, enters the following Order this 28 day of Mar, 2014:

ORDERED: that the motion is granted;

FURTHER ORDERED: that the Court quashes the subpoena issued February 12, 2014 directing defendant Doe and Doe' spouse to appear at a deposition in this matter;

FURTHER ORDERED: that, pursuant to F.R.Civ.P, Rule 26 (c)(1), the Court enters a protective order prohibiting any further efforts by plaintiff to depose defendant Doe or defendant Doe's spouse; and

FURTHER ORDERED: that Malibu will provide the Does with a copy of Malibu's third-party subpoena to the ISP and the ISP's response to that subpoena.

_____
United States District Judge

cc.

Marvin L. Szymkowicz IV
Savit & Szymkowicz, LLP
4520 East-West Highway - Suite 700
Bethesda, Maryland 20814

Jon A. Hoppe, Esq
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774

- 5 -